HAROLD ROSENTHAL, SBN 68380
Attorney at Law
803 Hearst Avenue
Berkeley, CA  94710
Tele: (510) 981-1800
Fax: (510) 981-1821

Attorney for Defendants
QUIANA CHESTNUT GANTER

# THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, OAKLAND VENUE

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>QUIANA CHESTNUT  GANTER,<br><br>    Defendants. | Case No.: 3:09-MJ-70420 JL<br><br>STIPULATION AND ORDER MODIFYING DEFENDANTS' TERMS AND CONDITIONS OF RELEASE |

TO: THE CLERK OF THE ABOVE-ENTITLED HONORABLE COURT, AND TO JOSEPH P. RUSSONIELLO, UNITED STATES ATTORNEY, STACEY GEISS, . ASSISTANT UNITED STATES ATTORNEY; AND BETTY KIM, PRETRIAL SERVICES

The parties hereby stipulate by and between one another that good cause exists to modify the terms and conditions of release set for defendant Quiana Chestnut Ganter so as to allow her to travel to Riverside, CA on May 8, 2009.  Travel will be accomplished as follows: defendant Ganter will drive to Riverside from El Sobrante California by the most direct route available stopping only for such periods as may be required for refueling and eating, and for any rest stop  required not to exceed eight hours should the

STIPULATION AND  ORDER
MODIFYING TERMS AND CONDITIONS OF
RELEASE

1

defendant be in transit past 10:00 p.m. and too tired to drive without jeopardizing her safety or the safety of other motorists.  Should such rest stop be required, defendant must commence driving once again no later than 8:00 a.m. the following morning and shall be permitted only to obtain overnight lodging, at which she must remain, and during which time she is to have no contact with anyone other than her parents, her husband, her attorney, and the Pretrial Services Officer supervising her.  In Riverside she will reside with her parents Emma and Edward Chestnut at 2240 Vasquez Place, Riverside, CA 92507, tele: 951-684-9389, and she must remain in Riverside County unless the Court permits her to travel to another destination.  Defendant will return from Riverside County directly to her home in El Sobrante, CA, Contra Costa County no later than May 12, 2009 in the same manner detailed in that portion describing the manner in which she is permitted to travel to Riverside County,

    The defendant is further ordered to contact her supervising pretrial services officer at 9:00 a.m. May 11, 2009.

    It is so stipulated.

Dated: May 8, 2009

_____/s/_____
STACEY GEISS

Attorney for the United States

Dated: May 8, 2009

_____/s/_____
HAROLD ROSENTHAL

STIPULATION AND ORDER
MODIFYING TERMS AND CONDITIONS OF
RELEASE

        Attorney for Defendant
        QUIANA CHESTNUT GANTER

Good cause appearing therefore, it is hereby ORDERED that the modification detailed above occur.



Dated:  May 8, 2009     _____
        WAYNE D. BRAZIL
        United States Magistrate Judge

STIPULATION AND  ORDER
MODIFYING TERMS AND CONDITIONS OF
RELEASE